IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TIMOTHY ENGRAM | : | |
| Plaintiff | : | |
| v | : | Civil Action No. RWT-10-2314 |
| MARYLAND | : | |
| Defendants | o0o | |

**MEMORANDUM OPINION**

The above-captioned complaint seeks to compel the State of Maryland to comply with Plaintiff's requests for documents under the Maryland Public Information Acts. Paper No. 1. Because he appears to be indigent, Plaintiff shall be granted leave to proceed in forma pauperis. Paper No. 2. However, for the reasons that follow, the Complaint must be dismissed.

Plaintiff alleges he has unsuccessfully sought disclosure of records in the custody of the Maryland State's Attorney Office related to his state criminal proceedings. Paper No. 1. To the extent that Plaintiff may have a cause of action under Maryland's Public Information Act, he must pursue that claim in the appropriate Maryland circuit court. See Md. St. Govt. Code Ann. § 10-623. Accordingly, the Complaint will be dismissed without prejudice. A separate Order follows.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE